IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CARL WAYNE WILEY,

    Petitioner,

v.                                                                          2:26-CV-077-Z-BR

DIRECTOR, TDCJ-CID,

    Respondent.

## NOTICE

Before the Court is Petitioner's Response to the Court's Notice of Deficiency, in which he states that he does not wish to file an additional petition at this time. ECF No. 5. The Court construes the document as a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a). A voluntary dismissal of an action is "self-effectuating . . . no order or other action of the district court is required." *In re Amerijet Intern., Inc.*, 785 F.3d 967, 973 (5th Cir. 2015). This Court has therefore "los[t] jurisdiction." *Id.*

The Clerk of the Court is **DIRECTED** to file Petitioner's documentation (ECF No. 3) in his pending civil rights case (2:26-CV-033-Z-BR) as a supplement to his Second Amended Complaint. The Clerk of the Court is further **DIRECTED** to close this case.

Notice is issued accordingly.

May ___, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE